IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL BIXENMANN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Plaintiff's motion for hearing (Filing No. 20) is granted.  A hearing on plaintiff's Rule 35 motion (Filing No. 19) is scheduled for:

**Monday, October 17, 2005, at 9:15 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

2) The Federal Public Defender shall appoint counsel to represent defendant for purposes of the hearing on the Rule 35 motion.

DATED this 20th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court