IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL BIXENMANN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　　IT IS ORDERED that the hearing on plaintiff's Rule 35 motion (Filing No. 19) is rescheduled for:

**Thursday, November 10, 2005, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

　　　　DATED this 17th day of October, 2005.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court