IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL A. BIXENMANN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for reduction of sentence pursuant to Rule 35(b) (Filing No. 20). The Court heard arguments of plaintiff and defendant and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for reduction of sentence pursuant to Rule 35(b) is granted. Defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of sixty (60) months. He shall receive credit for all time he has served on his original sentence (see Filing No. 15). All other terms and conditions of the judgment in a criminal case remain in full force and effect.

DATED this 17th day of November, 2005.

BY THE COURT

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Judge